# EXHIBIT 1

FILED

**JACKSON WHITE GARDNER WEECH & WALKER P.C.**
ATTORNEYS AT LAW
40 North Center Street, Suite 200
Mesa, Arizona 85201
(602) 464-1111

00 FEB 22 PM 12:24
VIRLYNN TINNELL
SUPERIOR COURT CLERK

FILED
2-11-99 5:00 p.m.
MICHAEL K. JEANES, Clerk
Deputy

Roger R. Foote (#011483)
Patricia A. Terian (#018166)
**Attorneys for Plaintiffs**

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

MICHAEL S. MAZUR, JR. and )
KATHERINE L. MAZUR, husband and )
wife; PATRICIA LEWIS, a single female; )   CASE NO. S-8015-CV 97-472
and LARRY McCALL, a single male )
)
Plaintiffs, )
)
vs. )   **JUDGMENT**
)
RICHARD L. NEAL and JANE DOE )
NEAL, husband and wife; JUNIPER LAKE )
PROPERTY OWNERS ASSOCIATION, a )
revoked not for profit corporation; )
RICHARD L. NEAL, President of Juniper )
Lake Property Owners Association; LAKE )
JUNIPER WATER COMPANY; FIRST )
AMERICAN TITLE INSURANCE )
AGENCY OF MOHAVE, INC.; an Arizona )
corporation, as Trustee of the First )
American Land Trust 4364; GARRATT )
CONSULTING GROUP, an Arizona )
partnership, as Trustee of Land Trust #4364; )
GARY L. BRUMMET, as Trustee of Land )
Trust #4364, and JANE DOE BRUMMET; )
JOHN DOES I-X; JANE DOES I-X; ABC )
CORPORATIONS; and XYZ )
PARTNERSHIPS, )
)
Defendants. )

Plaintiffs, Plaintiffs Michael S. Mazur, Jr. and Katherine L. Mazur, husband and wife, and Patricia Lewis, a single female, and Larry McCall, a single male, by and through their counsel undersigned, having filed their Motion for Summary Judgment, Defendant, Richard L. Neal, having failed to respond to the Motion within the time provided by Rule 56, the Court finds, pursuant to Rule IV(b), Uniform Rules of Practice, that the allegations contained in Plaintiff's original complaint are true and correct and that Plaintiffs are entitled to the relief requested. *No objection to the form of judgment has been received.*

1  The Court expressly determining that there is no just reason for delay in entering final judgment, hereby expressly directs, pursuant to Rule 54(b) A.R.C.P., that final judgment be entered against Defendant, Richard L. Neal, and in favor of plaintiffs on the original complaint.

NOW, THEREFORE, IT IS ORDERED, adjudged and decreed that Defendant, Richard L. Neal, is liable to Plaintiffs for damages as follows:

A. Judgment for breach of contract, fraud, intentional and negligent misrepresentation, breach of statutory duty and breach of fiduciary duty in the sum of $193,855.52 for Plaintiff Mazur, $186,717.21 for Plaintiff Lewis, and $211,367.68 for Plaintiff McCall;

B. Personal injury against Mr. Neal and in favor of Patricia Lewis in the sum of $200,000.00;

C. For civil racketeering, treble damages of the amount in paragraph A, the sum of $581,566.56 for Plaintiff Mazur, $560,151.63 for Plaintiff Lewis, and $634,103.04 for Plaintiff McCall;

D. For punitive damages in the amount of $250,000.00 per Plaintiff;

E. For Plaintiffs' *taxable* costs and attorneys' fees, *in the amount of $23,835.00* and

F. For interest on the Judgment, *taxable* costs and attorneys' fees at the rate of ten percent per annum, from the date of Judgment, until paid~~, plus after accruing costs.~~

This judgment does not affect the claims against any defendants in the Amended Complaint filed August 27, 1998, including but not limited to piercing the corporate veil-alter ego or fraudulent transfer claims.

DONE IN OPEN COURT this 10th day of February, 1999.

_____
Honorable Christopher M. Skelly

**ORIGINAL** of the foregoing lodged with the Honorable Christopher M. Skelly's office this ___ day of January, 1999;

**COPY** of the foregoing mailed this same date to: